United States Court of Appeals
Fifth Circuit

**F I L E D**
September 16, 2013

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————————————

No. 13-60001
Summary Calendar

———————————————

D.C. Docket No. 1:11-CV-125

STATE AUTO INSURANCE COMPANIES,

    Plaintiff - Appellant

v.

HARRISON COUNTY COMMERCIAL LOT, L.L.C.; H. GORDON MYRICK, INCORPORATED; H. GORDON MYRICK, JR., individually; SHOEMAKE PAINTING SERVICES, INCORPORATED,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

**A True Copy**
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
    **Deputy**

New Orleans, Louisiana